UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>MICHAEL RAY RAMIREZ,<br><br>                              Defendant. | Case No.:  09cr4023 JM<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY ON REJECTION OF DEFENDANT'S SECOND OR SUCCESSIVE 28 U.S.C. § 2255 MOTION** |

    On December 14, 2016, Defendant Michael Ray Ramirez attempted to file a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 ("section 2255").  Defendant had previously filed a section 2255 motion in this case, however, which the court had denied. (Doc. No. 158.)  Because a defendant who wishes to file a second or successive section 2255 motion must first seek permission from the court of appeals, United States v. Lopez, 577 F.3d 1053, 1060–61 (9th Cir. 2009); 28 U.S.C. § 2255(h); 28 U.S.C. § 2244, the court rejected Defendant's filing, (Doc. No. 189).  As the court opted to reject Defendant's filing rather than deny it on the merits, the court did not grant or deny a certificate of appealability.

    Defendant appealed that rejection to the United States Court of Appeals for the Ninth Circuit on February 12, 2017.  (Doc. No. 190.)  On March 29, 2017, the court

received an order from the Ninth Circuit remanding the case for the limited purpose of granting or denying a certificate of appealability. (Doc. No. 192.) This order follows.

Since the enactment of the Anti-Terrorism and Effective Death Penalty Act of 1996, defendants are restricted to a single section 2255 motion. Lopez, 577 F.3d at 1060–61 (9th Cir. 2009). A defendant who wishes to file a second or successive section 2255 motion must first seek permission from the court of appeals. Id.; 28 U.S.C. § 2255(h); 28 U.S.C. § 2244. District courts simply do not have jurisdiction to consider the merits of a second or successive section 2255 motion unless and until the circuit authorizes the defendant to file the motion. United States v. Washington, 653 F.3d 1057, 1065 (9th Cir. 2011). Accordingly, the court denies a certificate of appealability on its decision to reject his motion. See 28 U.S.C. § 2253(c). Should Defendant wish to follow proper procedure in seeking to obtain the Ninth Circuit's permission to file a second or successive section 2255 motion, he is free to do so. If the Ninth Circuit gives its permission, the court will evaluate Defendant's motion.

IT IS SO ORDERED.

DATED: March 29, 2017

_____
JEFFREY T. MILLER
United States District Judge

cc:
All parties
Ninth Circuit Clerk of Court